

Patrick G. Byrne, Esq.
Nevada Bar No. 7636
Bradley T. Austin, Esq.
Nevada Bar No. 13064
Snell & Wilmer LLP
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: 702.784.5200
Facsimile: 702.784.5252
Email: pbyrne@swlaw.com
          baustin@swlaw.com

Jonathan Lahn, Esq. (*Pro Hac Vice* pending)
Kirkland & Ellis LLP
200 North LaSalle
Chicago, IL 60654
Telephone: 312.862.2151
Facsimile: 312.862.2200
Email: jonathan.lahn@kirkland.com

*Attorneys for Wynn Resorts Ltd.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| *In re* Application of Stephen Shefsky for an Order to Take Discovery for Use in Foreign Proceedings Under 28 U.S.C. § 1782 | Case No. 2:23-cv-00633-JCM-BNW<br><br>**Order Granting Motion to Exceed Page Limits** |

Proposed intervenor, Wynn Resorts Ltd. moves to intervene and alternatively to quash applicant Stephen Shefsky's subpoena in this foreign-discovery matter. Because the issues raised in the motion and the response are sufficient to justify an additional 8 pages for Wynn's reply and demonstrate good cause, I grant the motion.

///

///

///

**ORDER**

IT IS THEREFORE ORDERED that Wynn's motion to exceed page limits for its reply in support of the motion to intervene or alternatively to quash is **GRANTED**.

**IT IS SO ORDERED.**

_____
Brenda Weksler
United States Magistrate Judge
DATED: May 1, 2023

- 2 -