Rory T. Kay, Esq. (NSBN 12416)
Kiley A. Harrison, Esq. (NSBN 16092)
MCDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rkay@mcdonaldcarano.com
kharrison@mcdonaldcarano.com

*Attorneys for Stephen Shefsky*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| IN RE APPLICATION OF STEPHEN SHEFSKY FOR AN ORDER TO TAKE DISCOVERY FOR USE IN FOREIGN PROCEEDINGS UNDER 28 U.S.C. § 1782 | Case No.  2:23-cv-00633-JCM-BNW<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE ON WYNN RESORTS LTD.'S MOTION TO QUASH APPLICANT'S SUBPOENA FOR DOCUMENTS AND TESTIMONY**<br><br>**(FIRST REQUEST)** |

Under Local Rules IA 6-1 and 7-1, Wynn Resorts Ltd. ("Wynn") and Stephen Shefsky ("Shefsky") stipulate and respectfully request that the Court extend the deadline for Shefsky to respond to Wynn's Motion to Quash Applicant's Subpoena for Documents and Testimony (ECF No. 22) from December 29, 2023 to January 12, 2024.  The parties further stipulate and respectfully request that the Court extend the deadline for Wynn to file a reply from January 5, 2024 to January 26, 2024.  Both parties request additional time to prepare their respective filings based on the upcoming holidays and travel plans.  This is the parties' first request to extend these deadlines, and this stipulation is made in good faith and not for the purposes of delay.

///

///

///

///

**IT IS SO STIPULATED.**

DATED this 22nd day of December, 2023.

McDONALD CARANO LLP

By: /s/ *Kiley A. Harrison*
    Rory T. Kay, Esq. (NSBN 12416)
    Kiley A. Harrison, Esq. (NSBN 16092)
    MCDONALD CARANO LLP
    2300 West Sahara Avenue, Suite 1200
    Las Vegas, Nevada 89102

*Attorneys for Stephen Shefsky*

DATED this 22nd day of December, 2023.

SNELL & WILMER LLP

By: /s/ *Bradley T. Austin*
    Patrick G. Byrne, Esq. (NSBN 7636)
    Bradley T. Austin, Esq. (NSBN 13064)
    3883 Howard Hughes Pkwy., Ste. 1100
    Las Vegas, Nevada 89169

    Jonathan Lahn, Esq. (*Pro Hac Vice*)
    KIRKLAND & ELLIS LLP
    300 North LaSalle
    Chicago, IL 60653

*Attorneys for Wynn Resorts Ltd.*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

Dated: 12/22/2023

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of December, 2023, a copy of the foregoing **STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE RE: WYNN RESORTS LTD.'S MOTION TO QUASH APPLICANT'S SUBPOENA FOR DOCUMENTS AND TESTIMONY (FIRST REQUEST)** was filed electronically through the Court's CM/ECF system, which causes service upon all counsel registered thereon.

       /s/ *CaraMia Gerard*
       An employee of McDonald Carano LLP