Rory T. Kay, Esq. (NSBN 12416)
Kiley A. Harrison, Esq. (NSBN 16092)
MCDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rkay@mcdonaldcarano.com
kharrison@mcdonaldcarano.com

*Attorneys for Stephen Shefsky*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| IN RE APPLICATION OF STEPHEN SHEFSKY FOR AN ORDER TO TAKE DISCOVERY FOR USE IN FOREIGN PROCEEDINGS UNDER 28 U.S.C. § 1782 | Case No.  2:23-cv-00633-JCM-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO SUBMIT PROTECTIVE ORDER**<br><br>**(SECOND REQUEST)** |

Under Local Rules IA 6-1 and 7-1, Wynn Resorts Ltd. ("Wynn") and Stephen Shefsky ("Shefsky") submit this stipulation and order. In the Court's prior order regarding Wynn's Motion to Quash (ECF No. 22) and Shefsky's Countermotion to Compel (ECF No. 27), the Court instructed Wynn and Shefsky to execute a protective order, if necessary, within 30 days of the prior order. On June 21, 2024 the parties stipulated to extend the deadline to agree on a protective order, if necessary, from June 19, 2024, to June 26, 2024.

On June 25, 2024, Wynn submitted a draft protective order to Shefksy, and the parties have been discussing the same in good faith. Still, the parties require additional time to discuss a tailored protective order. Wynn and Shefsky therefore stipulate to extend the deadline to agree on a protective order from June 26, 2024, to June 27, 2024.

/ / /

/ / /

This is the parties' second request to extend this deadline, and this stipulation is made in good faith and not for the purposes of delay.

**IT IS SO STIPULATED.**

DATED this 26th day of June, 2024.   DATED this 26th day of June, 2024.

McDONALD CARANO LLP   SNELL & WILMER LLP

By: */s/ Rory T. Kay*   By: */s/ Bradley T. Austin*
    Rory T. Kay, Esq. (NSBN 12416)       Patrick G. Byrne, Esq. (NSBN 7636)
    Kiley A. Harrison, Esq. (NSBN 16092)       Bradley T. Austin, Esq. (NSBN 13064)
    2300 West Sahara Avenue, Suite 1200       3883 Howard Hughes Pkwy., Ste. 1100
    Las Vegas, Nevada 89102       Las Vegas, Nevada 89169

*Attorneys for Stephen Shefsky*

    Jonathan Lahn, Esq. (*Pro Hac Vice*)
    KIRKLAND & ELLIS LLP
    300 North LaSalle
    Chicago, IL 60653

*Attorneys for Wynn Resorts Ltd.*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

Dated:  6/27/2024