Rory T. Kay, Esq. (NSBN 12416)
Kiley A. Harrison, Esq. (NSBN 16092)
MCDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rkay@mcdonaldcarano.com
kharrison@mcdonaldcarano.com

*Attorneys for Stephen Shefsky*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE APPLICATION OF STEPHEN SHEFSKY FOR AN ORDER TO TAKE DISCOVERY FOR USE IN FOREIGN PROCEEDINGS UNDER 28 U.S.C. § 1782 | Case No. 2:23-cv-00633-JCM-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR STEPHEN SHEFSKY TO FILE REPLY IN SUPPORT OF COUNTERMOTION FOR SANCTIONS AGAINST WYNN RESORTS, LTD.**<br><br>**(FIRST REQUEST)** |

Under Local Rules IA 6-1 and 7-1, Wynn Resorts, Ltd. ("Wynn") and Stephen Shefsky ("Shefsky") stipulate and respectfully request that the Court extend the deadline for Shefsky to file his reply in support of his countermotion for sanctions (ECF Nos. 48 and 49) from November 29, 2024 to December 6, 2024. Shefsky requests the additional time based on the upcoming holiday and travel plans. The extension will have no impact on the Court's hearing on Wynn's motion for sanctions (ECF No. 43) and Shefsky's countermotion for sanctions (ECF Nos. 49 and 49) currently scheduled for January 7, 2025. This is the parties' first request to extend Shefsky's deadline to file his reply in support of his countermotion for sanctions, and this stipulation is made in good faith and not for the purposes of delay.

/ / /

/ / /

/ / /

**IT IS SO STIPULATED.**

DATED this 25th day of November, 2024.  DATED this 25th day of November, 2024.

McDONALD CARANO LLP  SNELL & WILMER LLP

By: */s/ Kiley A. Harrison*  By: */s/ Bradley T. Austin*
    Rory T. Kay, Esq. (NSBN 12416)      Patrick G. Byrne, Esq. (NSBN 7636)
    Kiley A. Harrison, Esq. (NSBN 16092)      Bradley T. Austin, Esq. (NSBN 13064)
    MCDONALD CARANO LLP      1700 S Pavilion Center Drive, Suite 700
    2300 West Sahara Avenue, Suite 1200      Las Vegas, Nevada 89135
    Las Vegas, Nevada 89102

*Attorneys for Stephen Shefsky*      Jonathan Lahn, Esq. (*Pro Hac Vice*)
    KIRKLAND & ELLIS LLP
    300 North LaSalle
    Chicago, IL 60653

*Attorneys for Wynn Resorts, Ltd.*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: 11/26/2024

**CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of November, 2024, a copy of the foregoing **STIPULATION AND ORDER TO EXTEND DEADLINE FOR STEPHEN SHEFSKY TO FILE REPLY IN SUPPORT OF COUNTERMOTION FOR SANCTIONS AGAINST WYNN RESORTS, LTD.** was filed electronically through the Court's CM/ECF system, which causes service upon all counsel registered thereon.

/s/ *Leah Jennings*
An employee of McDonald Carano LLP