Patrick G. Byrne, Esq.
Nevada Bar No. 7636
Bradley T. Austin, Esq.
Nevada Bar No. 13064
SNELL & WILMER LLP
1700 S Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: 702.784.5200
Facsimile: 702.784.5252
Email: pbyrne@swlaw.com
baustin@swlaw.com

Jonathan Lahn, Esq. (*Pro Hac Vice*)
Kirkland & Ellis LLP
200 North LaSalle
Chicago, IL 60654
Telephone: 312.862.2151
Facsimile: 312.862.2200
Email: jonathan.lahn@kirkland.com

*Attorneys for Wynn Resorts Ltd.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| *In re Application of Stephen Shefsky for an Order to Take Discovery for Use in Foreign Proceedings Under 28 U.S.C. § 1782* | Civil Action No. 2:23-cv-00633-JCM-BNW<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING RE: MOTION FOR SANCTIONS AND COUNTERMOTION FOR SANCTIONS**<br><br>**(FIRST REQUEST)** |

Defendant Wynn Resorts Ltd. ("Wynn Resorts") and Plaintiff Stephen Shefsky, by and through their respective counsel of record, hereby stipulate to continue the January 7, 2025 hearing on Wynn Resorts' Motion for Sanctions and Shefsky's Countermotion for Sanctions. Counsel conferred and the Parties are available on the following dates in January 2025: January 20, 21, 22, 28, 30.

/ / /

/ / /

Good cause exists to continue the same, as counsel for Wynn Resorts has a scheduling conflict with the current hearing date (January 7, 2025), including out of state travel. This stipulation is filed in good faith and is not intended to cause delay.

Dated: December 18, 2024

SNELL & WILMER L.L.P.

By: /s/ *Bradley Austin*
   Patrick G. Byrne, Esq.
   Bradley T. Austin, Esq.
   1700 S Pavilion Center Dr., Ste. 700
   Las Vegas, Nevada 89135

   Jonathan Lahn, Esq. (*Pro Hac Vice*)
   KIRKLAND & ELLIS LLP
   200 North LaSalle
   Chicago, IL 60654

*Attorneys for Wynn Resorts Ltd.*

Dated: December 18, 2024

MCDONALD CARANO LLP

By: /s/ *Kiley Harrison*
   Rory T. Kay, Esq.
   Kiley A. Harrison, Esq.
   2300 West Sahara Ave., Ste. 1200
   Las Vegas, Nevada 89102

*Attorneys for Stephen Shefsky*

## ORDER

Based on the foregoing Stipulation between the Parties, and good cause appearing, the hearing on Wynn Resorts' Motion for Sanctions and Stephen Shefsky's Countermotion for Sanctions is continued from January 7, 2025 to January 20, 2025 at 2:00 p.m.

**IT IS SO ORDERED.**

DATED: 12/19/2024

4906-5908-6087