Rory T. Kay, Esq. (NSBN 12416)
Kiley A. Harrison, Esq. (NSBN 16092)
MCDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rkay@mcdonaldcarano.com
kharrison@mcdonaldcarano.com

*Attorneys for Stephen Shefsky*

McDONALD CARANO
2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702.873.4100 • FAX 702.873.9966

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| IN RE APPLICATION OF STEPHEN SHEFSKY FOR AN ORDER TO TAKE DISCOVERY FOR USE IN FOREIGN PROCEEDINGS UNDER 28 U.S.C. § 1782 | Case No. 2:23-cv-00633-JCM-BNW<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Pursuant to the Court's Notice Regarding Intent to Dismiss for Want of Prosecution Pursuant to Local Rule 41-1 (ECF No. 65), Stephen Shefsky ("Shefsky") and Wynn Resorts Ltd. ("Wynn") jointly stipulate to the Court dismissing the above-referenced action with prejudice since the action's limited purpose of Shefsky obtaining discovery from Wynn under 28 U.S.C. § 1782 has been completed.

///

///

///

///

Each party shall bear their own respective fees, costs and expenses.

DATED this 16th day of July, 2026.

McDONALD CARANO LLP

By: /s/ Rory T. Kay
Rory T. Kay, Esq. (NSBN 12416)
Kiley A. Harrison, Esq. (NSBN 16092)
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102

*Attorneys for Stephen Shefsky*

DATED this 16th day of July, 2026.

SNELL & WILMER LLP

By: /s/ *Bradley T. Austin*
Patrick G. Byrne, Esq. (NSBN 7636)
Bradley T. Austin, Esq. (NSBN 13064)
1700 South Pavilion Center Dr. #700
Las Vegas, Nevada 89135

Jonathan Lahn, Esq. (*Pro Hac Vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60653

*Attorneys for Wynn Resorts Ltd.*

**IT IS SO ORDERED.**

UNITED STATES DISTRICT JUDGE

Dated: July 16, 2026

McDONALD CARANO
2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702.873.4100 • FAX 702.873.9966